NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WELLS FARGO BANK, N.A. as Trustee For the Lehman Mortgage Trust 2007-5 Trust Fund,<br><br>          Plaintiff,<br><br>v.<br><br>JUDY KRANTZ, et al.,<br><br>          Defendants. | Civil Action No.: 13-2628 (ES)(JAD)<br><br>MEMORANDUM & ORDER |

**SALAS, DISTRICT JUDGE**

Pending before the Court is plaintiff Wells Fargo Bank, N.A. as Trustee for the Lehman Mortgage Trust 2007-5 Trust Fund's ("Plaintiff") motion to remand or, in the alternative, to dismiss defendants' counterclaims and strike defendants' affirmative defenses under Federal Rule of Civil Procedure 12(b)(6).  (D.E. No. 7).  On March 13, 2014, Magistrate Judge Joseph A. Dickson issued a Report and Recommendation that the undersigned grant Plaintiff's motion to remand.  (D.E. No. 14).  The parties had fourteen days to file and serve any objections to Judge Dickson's Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).  To date, neither party has filed any objections.

Having reviewed the parties' submissions and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

**IT IS** on this 14th day of July 2014,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 14), in full, as the Opinion of this Court; and it is further

- 1 -

- 2 -

**ORDERED** that Plaintiff's motion to remand, (D.E. No. 7), is GRANTED in relevant part; and it is further

**ORDERED** that this matter is hereby REMANDED to Superior Court, Chancery Division, Passaic County.

*/s/ Esther Salas*
**Esther Salas, U.S.D.J.**